UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORRY WHITEMAN, | No.  2:24-cv-0166 AC P |
| Plaintiff, | |
| v. | ORDER |
| SHASTA COUNTY JAIL, | |
| Defendant. | |

Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a certified copy of his inmate trust account statement.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the service of this order, a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint.  Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: January 31, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1