UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORRY WHITEMAN, | No. 2:24-cv-0166 AC P |
| Plaintiff, | |
| v. | ORDER |
| SHASTA COUNTY JAIL, | |
| Defendant. | |

By order filed April 5, 2024, the first amended complaint was screened and found to not state a claim for relief. ECF No. 12. Plaintiff was given thirty days to file a second amended complaint and cautioned that failure to do so would result in a recommendation that this action be dismissed. Id. at 6-7. Thirty days have now passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's order. Plaintiff will be given one final opportunity to file a second amended complaint.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall file a second amended complaint within twenty-one days of the service of this order. Failure to do so will result in a recommendation that this action be dismissed without further warning.

DATED: May 23, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE